# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                    **Case No. 2:09-cr-166**
    v.                           **JUDGE EDMUND A. SARGUS, JR.**

**TVARIS KING,**

    **Defendant.**

## ORDER

    Tvaris King has done and continues to do a commendable job restoring for himself a law-abiding life, and for his efforts he asks this Court to shorten his term of supervised release. (ECF No. 67). The Government and the Probation Office recognize Mr. King's efforts, but do not recommend shortening his term of supervised release, based on his criminal history. (ECF No. 68). After careful consideration, this Court **PARTIALLY GRANTS** Mr. King's motion. (ECF No. 67). Mr. King's term of supervised release will terminate on **March 23, 2022**.

    **IT IS SO ORDERED.**


**7/15/2021**                                          **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**